IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEE CHAVIS,

    Plaintiff,

v.                                       CASE NO. 4:10-cv-381-SPM-GRJ

DUSTIN MILLENDER,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On January 12, 2011, the Court issued a second show cause order directing Plaintiff to file a prisoner consent form and account information in support of his motion for leave to proceed as a pauper on or before February 2, 2011. The Court warned Plaintiff that failure to comply would result in a recommendation that the case be dismissed. Doc. 12. As of the date of this Order, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 22nd day of April 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.